# EXHIBIT A

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS</u>**

TO:    <u>Keystone Human Services</u>
       <u>352 Marshallton Thorndale Road</u>
       <u>Downingtown, PA 19335</u>

You are hereby instructed and authorized to forward and deliver to JACKSON LEWIS P.C., Three Parkway, 1601 Cherry Street, Suite 1350, Philadelphia, PA 19102, or anyone on its behalf, upon request, any and all documents in connection with my search for employment and my application for employment including, but not limited to, account information, applications, job posting responses, resumes, interview materials, notes, memorandum, correspondence, pre-employment tests, a complete copy of my personnel file, dates of employment, wage and payroll information, performance appraisals, disciplinary actions, attendance records, and any other files or documents in your possession relative to my search for employment, my application for employment, and employment. This release extends to records and information whenever dated

or compiled.

A photocopy of this Authorization is as valid and binding as an original executed by the undersigned.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

Dated: _____, 2023        _____
                                        Mickey Kesseley
                                        SSN:  XXX-XX-5429
                                        DOB:  December 26, 1982

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATION</u>

I, _____, hereby certify and say:

1.      I am the Custodian of _____.

2.      I have reviewed the Authorization for the production of records served upon

_____ and am authorized to respond on its behalf.

3.      True and complete copies of all documents responsive to this request have

been provided to Jackson Lewis P.C.

4.      The records provided by _____ in response to the

Authorization were maintained in the regular course of _____ business.  It is the

regular practice of _____ to make and keep these records, and the information

contained in such records is true and accurate to the best of my knowledge.

DATED:_____          (sign):_____

                                (print name)_____

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS</u>

TO:   <u>Divine Providence Village</u>
      <u>686 Old Marple Road</u>
      <u>Springfield, PA 19064</u>

You are hereby instructed and authorized to forward and deliver to JACKSON LEWIS

P.C., Three Parkway, 1601 Cherry Street, Suite 1350, Philadelphia, PA 19102, or anyone on its

behalf, upon request, any and all documents in connection with my search for employment and my

application for employment including, but not limited to, account information, applications, job

posting responses, resumes, interview materials, notes, memorandum, correspondence, pre-

employment tests, a complete copy of my personnel file, dates of employment, wage and payroll

information, performance appraisals, disciplinary actions, attendance records, and any other files

or documents in your possession relative to my search for employment, my application for

employment, and employment.  This release extends to records and information whenever dated

or compiled.

A photocopy of this Authorization is as valid and binding as an original executed by the undersigned.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

Dated: _____, 2023

_____
Mickey Kesseley
SSN:  XXX-XX-5429
DOB:  December 26, 1982

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATION</u>

I, _____, hereby certify and say:

1.      I am the Custodian of _____.

2.      I have reviewed the Authorization for the production of records served upon

_____ and am authorized to respond on its behalf.

3.      True and complete copies of all documents responsive to this request have

been provided to Jackson Lewis P.C.

4.      The records provided by _____ in response to the

Authorization were maintained in the regular course of _____ business.  It is the

regular practice of _____ to make and keep these records, and the information

contained in such records is true and accurate to the best of my knowledge.

DATED:_____          (sign):_____

                                 (print name)_____

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS</u>

TO:    <u>Richboro Nursing Home</u>
       <u>253 Twining Ford Road</u>
       <u>Richboro, PA 18954</u>

You are hereby instructed and authorized to forward and deliver to JACKSON LEWIS

P.C., Three Parkway, 1601 Cherry Street, Suite 1350, Philadelphia, PA 19102, or anyone on its

behalf, upon request, any and all documents in connection with my search for employment and my

application for employment including, but not limited to, account information, applications, job

posting responses, resumes, interview materials, notes, memorandum, correspondence, pre-

employment tests, a complete copy of my personnel file, dates of employment, wage and payroll

information, performance appraisals, disciplinary actions, attendance records, and any other files

or documents in your possession relative to my search for employment, my application for

employment, and employment.  This release extends to records and information whenever dated

or compiled.

A photocopy of this Authorization is as valid and binding as an original executed by the undersigned.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

Dated: _____, 2023          _____
                                            Mickey Kesseley
                                            SSN:  XXX-XX-5429
                                            DOB:  December 26, 1982

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYVLANIA**

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>CERTIFICATION</u>**

I, _____, hereby certify and say:

1.      I am the Custodian of _____.

2.      I have reviewed the Authorization for the production of records served upon

_____ and am authorized to respond on its behalf.

3.      True and complete copies of all documents responsive to this request have

been provided to Jackson Lewis P.C.

4.      The records provided by _____ in response to the

Authorization were maintained in the regular course of _____ business.  It is the

regular practice of _____ to make and keep these records, and the information

contained in such records is true and accurate to the best of my knowledge.

DATED:_____          (sign):_____

                                 (print name)_____

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS</u>

TO:    <u>Delta Community Supports</u>
<u>720 Johnsville Blvd., Suite 700</u>
<u>Warminster, PA 18974</u>

You are hereby instructed and authorized to forward and deliver to JACKSON LEWIS

P.C., Three Parkway, 1601 Cherry Street, Suite 1350, Philadelphia, PA 19102, or anyone on its

behalf, upon request, any and all documents in connection with my search for employment and my

application for employment including, but not limited to, account information, applications, job

posting responses, resumes, interview materials, notes, memorandum, correspondence, pre-

employment tests, a complete copy of my personnel file, dates of employment, wage and payroll

information, performance appraisals, disciplinary actions, attendance records, and any other files

or documents in your possession relative to my search for employment, my application for

employment, and employment.  This release extends to records and information whenever dated

or compiled.

A photocopy of this Authorization is as valid and binding as an original executed by the undersigned.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

Dated: _____, 2023

_____
Mickey Kesseley
SSN:  XXX-XX-5429
DOB:  December 26, 1982

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATION</u>

I, _____, hereby certify and say:

1.     I am the Custodian of _____.

2.     I have reviewed the Authorization for the production of records served upon

_____ and am authorized to respond on its behalf.

3.     True and complete copies of all documents responsive to this request have

been provided to Jackson Lewis P.C.

4.     The records provided by _____ in response to the

Authorization were maintained in the regular course of _____ business.  It is the

regular practice of _____ to make and keep these records, and the information

contained in such records is true and accurate to the best of my knowledge.

DATED:_____          (sign):_____

                                 (print name)_____

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

### <u>AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS</u>

TO:    <u>OSH Riverview Residential Living</u>
       <u>7979 State Road</u>
       <u>Philadelphia, PA 19136</u>

You are hereby instructed and authorized to forward and deliver to JACKSON LEWIS

P.C., Three Parkway, 1601 Cherry Street, Suite 1350, Philadelphia, PA 19102, or anyone on its

behalf, upon request, any and all documents in connection with my search for employment and my

application for employment including, but not limited to, account information, applications, job

posting responses, resumes, interview materials, notes, memorandum, correspondence, pre-

employment tests, a complete copy of my personnel file, dates of employment, wage and payroll

information, performance appraisals, disciplinary actions, attendance records, and any other files

or documents in your possession relative to my search for employment, my application for

employment, and employment.  This release extends to records and information whenever dated

or compiled.

A photocopy of this Authorization is as valid and binding as an original executed by the undersigned.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.


Dated: _____, 2023          _____
                                           Mickey Kesseley
                                           SSN:  XXX-XX-5429
                                           DOB:  December 26, 1982

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATION</u>

I, _____, hereby certify and say:

1.      I am the Custodian of _____.

2.      I have reviewed the Authorization for the production of records served upon

_____ and am authorized to respond on its behalf.

3.      True and complete copies of all documents responsive to this request have

been provided to Jackson Lewis P.C.

4.      The records provided by _____ in response to the

Authorization were maintained in the regular course of _____ business.  It is the

regular practice of _____ to make and keep these records, and the information

contained in such records is true and accurate to the best of my knowledge.

DATED:_____        (sign):_____

                              (print name)_____

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS</u>

TO:    _____
       _____
       _____
       _____

You are hereby instructed and authorized to forward and deliver to JACKSON LEWIS

P.C., Three Parkway, 1601 Cherry Street, Suite 1350, Philadelphia, PA 19102, or anyone on its

behalf, upon request, any and all documents in connection with my search for employment and my

application for employment including, but not limited to, account information, applications, job

posting responses, resumes, interview materials, notes, memorandum, correspondence, pre-

employment tests, a complete copy of my personnel file, dates of employment, wage and payroll

information, performance appraisals, disciplinary actions, attendance records, and any other files

or documents in your possession relative to my search for employment, my application for

employment, and employment.  This release extends to records and information whenever dated

or compiled.

A photocopy of this Authorization is as valid and binding as an original executed by the undersigned.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

This Authorization shall waive all privileges conferred by law, and it shall remain effective for one year or to the end of the litigation in question, whichever is longer.

Dated: _____, 2023

_____
Mickey Kesseley
SSN:  XXX-XX-5429
DOB:  December 26, 1982

Stephanie J. Peet, Esq. (ID No. 91744)
Sarah B. Simanglatt, Esq. (ID No. 329322)
JACKSON LEWIS P.C.
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7820
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| MICKEY KESSELEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:22-cv-04656 |
| | : | |
| ANN'S CHOICE, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>CERTIFICATION</u>

I, _____, hereby certify and say:

1.     I am the Custodian of _____.

2.     I have reviewed the Authorization for the production of records served upon

_____ and am authorized to respond on its behalf.

3.     True and complete copies of all documents responsive to this request have

been provided to Jackson Lewis P.C.

4.     The records provided by _____ in response to the

Authorization were maintained in the regular course of _____ business.  It is the

regular practice of _____ to make and keep these records, and the information

contained in such records is true and accurate to the best of my knowledge.

DATED:_____          (sign):_____

                                 (print name)_____