IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICKEY KESSELEY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **ANN'S CHOICE, INC., et al.,** | : | |
| *Defendants.* | : | **NO. 22-cv-04656** |

**O R D E R**

**AND NOW,** this 27th day of July 2023, it having been reported that the issues between the parties in the above action have been settled (counsel letter attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A



July 27, 2023

**VIA ELECTRONIC MAIL**
The Honorable Chad F. Kenney
District Court Judge
United States District Court for the
Eastern District of Pennsylvania
601 Market St., Rm. 11613
Philadelphia, PA 19106
Chambers_of_Judge_Chad_F_Kenney@paed.uscourts.gov

    Re:    <u>Kesseley v. Ann's Choice Inc. – Case No. 2:22-cv-04656-CFK</u>

Your Honor:

As the Court is aware, I represent Plaintiff, Mickey Kesseley, in the above-referenced matter. I write, in accordance with the Court's Policies and Procedures for Counsel, Section I.A, to advise the Court that this matter has been resolved and to respectfully request that the Court issue an Order pursuant to Local Rule 41.1(b), dismissing this matter with prejudice and without costs.

                                                                                     Respectfully,

                                                                                     Christopher A. Macey, Jr.

Cc:    Stephanie J. Peet, Esq. (via email)
         Sarah B. Simanglatt, Esq. (via email)